**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO AYALA, | CASE NO. CV 09-02211-RGK (JWJx) |
| Plaintiff(s), | |
| vs. | **ORDER DISMISSING CIVIL ACTION** |
| FREMONT GENERAL CREDIT CORPORATION, et al, | |
| Defendant(s). | |

On September 2, 2009, the Court issued an Order to Show Cause re Dismissal re Lack of Prosecution as to defendant Quality Loan Service Corporation.  A response was ordered to be filed not later than September 14, 2009.  The Court has received no further filings regarding this defendant and  hereby dismisses the action for lack of prosecution.

**IT IS SO ORDERED.**

DATED: September 18, 2009

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**